## BO OLIVER v. STATE.

No. A-8655.   Dec. 29, 1933.
(28 Okla. [2d] 590.)

Meacham & Meacham, for plaintiff in error.

J. Berry King, Atty. Gen., Smith C. Matson, Asst. Atty. Gen., and Lowell R. Smith, Co. Atty., for the State.

PER CURIAM.   Plaintiff in error was convicted in the district court of Washita county of having the unlawful possession of intoxicating liquor as a second and subsequent offense, and was sentenced to pay a fine of $150 and to serve 30 days in the county jail.

Thereafter a preliminary complaint was filed before a committing magistrate in said county charging plaintiff in error with a felony in shooting another with intent to kill; that said plaintiff in error fled and is now a fugitive from justice, as appears from motion supported by affidavits filed.

It is settled by many decisions of this court that, where defendant is a fugitive from justice, upon motion and showing his appeal will be dismissed.

The appeal is dismissed.